IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SEBASTIAN WILDER FLORES ROSALES, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-512-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § | |

**ORDER**

On this day, the Court considered the case. On November 19, 2025, the Court granted in part Flores Rosales' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Nov. 19, 2025, Order 9, ECF No. 9. The Court also ordered Respondents to file written notice informing the Court whether Flores Rosales had been released from custody. *Id.*

Respondents have now informed the Court that Flores Rosales has been released from custody. Advisory, ECF No. 10.

Accordingly, the Court **ORDERS** that the parties shall meet and confer and **FILE** notice informing the Court whether any matters remain to be resolved in this case **by no later than December 15, 2025**.

**SO ORDERED**.

SIGNED this 1st day of December, 2025

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE