IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEBASTIAN WILDER FLORES ROSALES,<br><br>  Petitioner,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>  Respondents. | §<br>§<br>§<br>§<br>§<br>§  CAUSE NO. EP-25-CV-512-KC<br>§<br>§<br>§<br>§ |

### ORDER

On this day, the Court considered the case. On November 19, 2025, the Court granted in part Flores Rosales' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Nov. 19, 2025, Order 9, ECF No. 9. The Court also ordered Respondents to file written notice informing the Court whether Flores Rosales had been released from custody. *Id.* Respondents informed the Court that Flores Rosales was released from custody. Advisory, ECF No. 10. Thus, the Court ordered the parties to file notice of whether any matters remained pending. Dec. 1, 2025, Order, ECF No. 11. The parties now state that no matters remain pending for the Court's consideration. Status Report, ECF No. 12.

Accordingly, because the Petition has been adjudicated, and the parties did not indicate that any matters remain pending, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED** this 16th day of December, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE